IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARRIS JAMES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 09 cv 7873 |
| | ) | |
| | ) | |
| HYATT REGENCY CHICAGO | ) | Honorable Judge Milton I. Shadur |
| | ) | JURY DEMAND |
| Defendant. | ) | |

**EXHIBITS TO:**

**PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO ANSWER PLAINTIFF'S INTERROGATORIES #3-7, 12, 16, 17, 19, 20, 22**

Exhibit I - defendant's objections to the plaintiff's interrogatories

Exhibit II - Defendant's bate stamp #541

Exhibit III - defendant's initial disclosures

Exhibit IV – affidavit of the plaintiff's attorney

Exhibit V - EEOC v. Woodman, 2007 Lexis 18497 (D. Neb. 2007)

Exhibit VI - Burkybile v. Mitsubishi, 2006 Lexis 57892 (N.D. Ill. 2006)

Exhibit VII - Kern v. Univ. of Notre Dame, 1997 Lexis, 21158 (D. Ind. 1997)

Exhibit VIII - Smith v. Aon, 2007 Lexis 10594,*6 (N.D Ill. 2007)

Exhibit IX - Heidelberg v. Mitsubishi, No. 95 C 0673, 1996 WL 680243, at *8 (N.D. Ill. Nov 21, 1996)

Exhibit X - Castro v. Fiberglass., 1997 WL 109724 (D. Kan. Jan. 7, 1997)

Exhibit XI - Menotti v. Metropolitan Life, 2010 Lexis 6150 (N. D. Ill. 2010)

Exhibit XII - Stimeling v. Board of Education, Peoria, 2010 Lexis 6142 (C.D. Ill. 2010)

Exhibit XIII - Byers v. ISP, 2002 Lexis 9861 (N.D. Ill. 2002) (8 years)

1

Exhibit XIV - <u>Burnett v. Western Resources</u>, 1996 U.S. Dist. LEXIS 3641, (D. Kan. 3/21/96)

Exhibit XV - <u>Spina v. Forest Preserve</u>, 2001 WL 1491524, *3 (N.D. Ill. 2001)

Exhibit XVI - <u>Tomanovich v. Glen</u>, 2002 WL 1858795 (S.D. Ind. 2002)

Exhibit XVII - <u>Sykes v. Target Stores</u>, 2002 WL 554505 (N.D. Ill. 2002)

          Respectfully submitted,

          _____
          Joseph A. Longo

**LONGO AND ASSOCIATES LTD.**
Joseph A. Longo, Esq.
Attorney for Plaintiff
2100 West Haven
Mt. Prospect, IL   60056
(847) 640-9490
Longo-Associates@SBCglobal.net
AttorneyNo.53635

### CERTIFICATE OF SERVICE

    I, Joseph A. Longo, an attorney, certify that I served this EXHIBITS TO: PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO ANSWER PLAINTIFF'S INTERROGATORIES #3-7, 12, 16, 17, 19, 20, 22 by electronic filing on 22 June 2010 before 5pm.  Under penalties as provided by law pursuant to 735 ILCS, Sec 5/1-123, I certify that the statements set forth in this Certificate of Service are true and correct.

          _____
          Joseph A. Longo

2