IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARRIS JAMES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 09 cv 7873 |
| | ) | |
| | ) | |
| HYATT REGENCY CHICAGO | ) | Honorable Judge Milton I. Shadur |
| | ) | Magistrate Judge Morton Denlow |
| | ) | JURY DEMAND |
| Defendant. | ) | |

**EXHIBITS TO:**

**PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO PRODUCE ALEGEDLY PRIVILEGED DOCUMENTS**

Exhibit I –  Defendant's privilege log

Exhibit II -  Plaintiff's 8 May 2010 correspondence to the defendant's attorney regarding the plaintiff's concerns with the defendant's privilege log

Exhibit III -  Plaintiff's 26 May 2010 correspondence to the defendant's attorney confirming the results of the LR 37.2.

Exhibit IV - Plaintiff's 7 June 2010 correspondence to the defendant's attorney summarizing the results of the second LR 37.2.

Exhibit V - Berlett v. Cargill, Inc, 1990 U.S. Dist. LEXIS 7461, *5 (ND Ill. June 18, 1990)

Exhibit VI - Musa v. FTD, #09-1824 (ND Ill. 5/13/10)

Exhibit VII - Ziemack v. Centel Corp., 1995 U.S. Dist. LEXIS 6942, at *7 (N.D. Ill. 5/18/95)

Exhibit VIII - Malec Holdings II, Ltd. V. English, 2008 U.S. Dist. LEXIS 21844 *4 (N.D. Ill. 3/6/08)

Exhibit IX -  Rhoads Industries, 2008 WL 4916026, at *5 (quoting Mass. Sch. of Law at Andover, Inc. v. Am. Bar Ass'n, 914 F. Supp. 1172, 1178 (E.D. Pa.1996)

Exhibit X -  Get-A-Grip, II, Inc. v. Hornell Brewing Co., Inc., 2000 WL 1201385 (E.D. Pa. 2000

Exhibit XI - Rahman v. Smith & Wollensky Rest Group, Inc., 2007 WL 1521117, at *3

1

(S.D.N.Y. May 24, 2007)

Exhibit XII - Weber v. Paduano, 2003 WL 161340, at *12 (S.D.N.Y. Jan. 14, 2003

Exhibit XIII - Ludwig v. Pilkington North America, Inc., 2003 WL 22242224, *3 (N.D.Ill.2003)

Respectfully submitted,

*[signature]*
Joseph A. Longo

**LONGO AND ASSOCIATES LTD.**
Joseph A. Longo, Esq.
Attorney for Plaintiff
2100 West Haven
Mt. Prospect, IL 60056
(847) 640-9490
Longo-Associates@SBCglobal.net
AttorneyNo.53635

## CERTIFICATE OF SERVICE

I, Joseph A. Longo, an attorney, certify that I served this PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO PRODUCE ALEGEDLY PRIVILEGED DOCUMENTS by electronic filing on 22 June 2010 before 5pm. Under penalties as provided by law pursuant to 735 ILCS, Sec 5/1-123, I certify that the statements set forth in this Certificate of Service are true and correct.

*[signature]*
Joseph A. Longo

2