**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Carris James
        Plaintiff,

v.               Case No.: 1:09−cv−07873
                Honorable Milton I. Shadur

Hyatt Regency Chicago
        Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, July 27, 2010:

  MINUTE entry before Honorable Milton I. Shadur:Plaintiff's Motions to compel [38] [39] are denied. Motion hearing held on 7/27/2010. Plaintiff is to reimburse defendant the cost of having to respond to this motion and for his appearance at court today. Mailed notice(srn, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.