# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Carris James
        Plaintiff,

v.          Case No.: 1:09−cv−07873
         Honorable Milton I. Shadur

Hyatt Regency Chicago
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 26, 2011:

    MINUTE entry before Honorable Milton I. Shadur:Motion to enforce [68] is granted. Attorney Longo is ordered to pay the outstanding sanction of $3975.00 on or before June 9, 2011. No other sanction is to be awarded. Motion for sanctions is denied. Motion hearing held on 5/26/2011. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.